# EXHIBIT 13



**Phillip Underwood**
Director
Technical Sales & Marketing

**Delta Tech●ps**
1775 M H Jackson Service Road
Atlanta, GA 30354-3743
T.      1 404 714 6230
F.      1 404 714 5461
M.      1 678 640 6108
phillip.underwood@delta.com

December 18, 2012

Alvaro R. Gonzalez
Executive Director
AviaSupport International, Inc.
10271 SW 72nd Street STE 104
Miami, FL 33173-3024

Dear Alvaro:

This letter is to formally notify you that Delta Air Lines, Inc. is terminating the Sales Representative Agreement ("Agreement") with your company effective March 17, 2013.

Please cease all sales efforts immediately, and during the next ninety days concentrate solely on transitioning your work to Jim Pradetto. As part of that transition, please provide Jim with all information in your possession or control concerning Delta's business or affairs, including pricing, quotations, customers, correspondence, marketing, financial and technology information, display materials, brochures and promotional items.

In addition to Delta's commitments in the Agreement, AviaSupport International, Inc. also has legal obligations that continue after termination. We look forward to your compliance with these obligations, and further remind you of the continuing confidentiality and indemnification obligations you have under this Agreement.

I will be in touch with you in the next several weeks to schedule a meeting to go through the termination process.

Sincerely,

Phillip Underwood

Cc: Peter T Turner, Vice President – TechOps Business Development & MRO