# EXHIBIT 17



June 18th, 2013

Mr. Peter Turner
Vice President
Delta TechOps
1775 Aviation Boulevard
Atlanta, GA 30354-3743

Subject: Response to your letter dated May 20, 2013 (the "Letter")

Dear Mr. Turner,

Thank you for your Letter and for your acknowledgement of the dedicated service ASI has provided to and on behalf of Delta over the past 12+ years. We are proud of our accomplishments and the successes we have contributed to in Latin America.

We also appreciate your written acknowledgement that Delta intends to honor its contractual obligations that have resulted from its decision to terminate the Sales Representative Agreement ("Agreement") for its convenience effective March 17, 2013.

We have reviewed your Letter internally and with our counsel and while we agree with your comments regarding Delta's obligations under Section 6, we disagree with your interpretation regarding ASI's continued obligations as a condition of such continued payment of compensation due from Delta.

Specifically, the non-compete provisions identified in Section 12 of the Agreement state that the non-compete obligation is only applicable "During the term of this agreement". Both the termination letter from Phillip Underwood dated December 18, 2012 and your referenced Letter above clearly state the agreement was officially terminated by Delta effective as of March 17, 2013, therefore, that provision no longer applies and cannot be used as a basis to deny ASI compensation pursuant to the Agreement.

With regards to the additional "duties" referenced in Section 13, these include such activities as providing assistance with customer communications, assistance with collections, and other administrative activities as may be requested by Delta on a case by case basis in the future. Further, Section 5 of the Agreement ("Duties of the Parties") provides additional direction as to the type of "duties" the parties anticipated when entering into the Agreement.

Although we have no legal obligation to do so, ASI is willing to agree to your additional request for non-compete language after the term of the Agreement, subject to: 1) the scope and duration of such non-compete is mutually agreed upon; and 2) Delta giving ASI written assurance that Delta intends to continue compensation for each of the Contracts identified in your Letter through at least the specified "Contract Expiration Date" for each. As ASI was instrumental in identifying and closing each of these contracts for Delta, this assurance would need to include any contract extensions that may occur and any new contract that Delta and the customer may choose to enter into for similar services in the event of any early termination of an existing contract between Delta and the Customer.

10271 S.W. 72nd St. Suite 104. Miami, Fl 33173-3024
Tel. +1(305) 595-5452. Fax. +1(305) 595-5546
www.aviasupport.com

DEFENDANT'S EXHIBIT



With your acceptance, we are prepared to update and finalize your Letter with signatures by both Delta and ASI so that both parties can move forward in a positive and productive manner.

In the meantime, please be assured that ASI did in fact cease to identify itself as an authorized sales representative for Delta upon receipt of the termination letter dated December 18, 2012. We also took the proper and professional steps to advise each of our shared customers of this change, we held a sales turnover call with the Delta Technical Sales leadership team and we returned all confidential information to Delta. Additionally, we offered an opportunity for Delta to visit our office to perform an audit if desired, however Delta chose not to act on this offer.

We are honored to have been Delta's partner for 12+ years, during which time we achieved unparalleled success, and we remain committed and willing to provide support in the future should your internal direction change.

Thank you for your support Mr. Turner and your willingness to resolve this in a fair and honorable manner.

Sincerely,

Alvaro Gonzalez
Executive Director
Avia Support, International

10271 S.W. 72nd St. Suite 104, Miami, Fl 33173-3024
Tel. +1(305) 595-5452. Fax. +1(305) 595-5546
www.aviasupport.com

ASI000001986